Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

Attorneys for Plaintiff
CAROLE LONGWORTH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>**CAROLE LONGWORTH, individually and as Successor-In-Interest of the Estate of JOSEPH MUELLER, Deceased**<br><br>**Individual Case No. 3:06-cv-00466-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-6400-SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff CAROLE LONGWORTH, individually and as Successor-In-Interest of the Estate of JOSEPH MUELLER, Deceased, Case Number CV 05-6400-SJO, originally filed in the Central District of California on August 26, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products*

1  *Liability Litigation*, with the assigned individual case number 3:06-cv-00466-CRB,
2  may be and is hereby dismissed without prejudice.
3     The parties hereby stipulate that Plaintiff will proceed in the MDL only
4  through the California action, and jurisdiction and venue for the trial of the action
5  will be proper in whichever of the following is selected by Pfizer: San Francisco,
6  Los Angeles, Missouri.
7     The parties shall each bear their own costs.

Dated: May 8, 2006                ROBINSON, CALCAGNIE & ROBINSON

_____
Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292
*Counsel for Plaintiff*
CAROLE LONGWORTH

Dated: May 15, 2006              GORDON & REES

_____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054
*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _May 18, 2006_

_____
HONORABLE CHARLES R. BREYER

